IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CV-72-FL

| | |
|---|---|
| DANNY RAY HAMMONDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) ORDER<br>STATE OF NORTH CAROLINA )<br>DEPARTMENT OF )<br>TRANSPORTATION OF DIVISION OF )<br>MOTOR VEHICLES, )<br>)<br>Defendant. ) | |

This matter is before the court on plaintiff's motions to move the case forth (DE 13), motion to answer (DE 14), and motion of a conflict of interest (DE 15). Where defendant has filed a motion to dismiss for lack of jurisdiction and for failure to state a claim (DE 9), relief in the form of further case activities as plaintiff now seeks is not warranted. Therefore, plaintiff's motions are DENIED. Plaintiff's response to defendant's motion to dismiss is past due. However, in light of the court's disposition of the instant motions, the court allows plaintiff an extension of time to file such response. Plaintiff must respond to defendant's motion to dismiss on or before **August 20, 2019.** In the event plaintiff fails to respond, the court may grant the motion on the grounds advanced therein.

SO ORDERED, this the 6th day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge