UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY RAY HAMMONDS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF NORTH CAROLINA )<br>DEPARTMENT OF TRANSPORTATION )<br>OF DIVISION OF MOTOR VEHICLES )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 7:19-CV-72-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion to resolve.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 12, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and plaintiff's motion to resolve is DENIED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on November 12, 2019, and Copies To:**
Danny Ray Hammonds (via CM/ECF Notice of Electronic Filing) 24 Aundrea Ave, Lumberton, NC 28358
Jonathan J. Evans / Kathryne E. Hathcock (Via CM/ECF Notice of Electronic Filing)

November 12, 2019         PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk